UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CELLYNNE CORPORATION and
CELLYNNE HOLDINGS, INC.,

                       Plaintiffs,

    -v-

EXPORT-IMPORT BANK OF THE
UNITED STATES, *et al.*,

                      Defendants.

No. 08 Civ. 11118 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the April 17, 2009 request of Plaintiffs' counsel to appear via telephone at the April 23, 2009 conference in this matter.  The request is GRANTED.  Plaintiffs' counsel is directed to call chambers at (212) 805-0264 at the time of the conference.

SO ORDERED.

DATED:     April 17, 2009
            New York, New York

                           RICHARD J. SULLIVAN
                           UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/09