UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
CELLYNNE CORPORATION and CELLYNNE
HOLDINGS, INC.,

    Plaintiffs,

    - v -

EXPORT-IMPORT BANK OF THE UNITED
STATES, ASIA PULP & PAPER CO., LTD., PT
PINDO DELI PULP AND PAPER MILLS, and
SOLARIS PAPER, INC.,

    Defendants,
------------------------------------------------------------------- x

ECF Case

08 Civ. 11118 (DCP)

SCHEDULING ORDER

    Pursuant to Fed. R. Civ. P. 16(b) and 26(f), IT IS ORDERED that the parties adhere to the following deadlines:

    1.    The plaintiff has identified 28 U.S.C. § 1335 as the basis for this Court's jurisdiction. This is an interpleader action and the stake is greater than $500.

    2.    The parties estimate that the amount of damages in controversy is $1,898,301.86, the amount of the funds deposited into the registry of the Court.

    3.    Discovery shall be completed by Monday, January 11, 2010.

    4.    Dispositive motions, if any, shall be filed no later than Monday, February 8, 2010.

    5.    Unless a dispositive motion is pending, requests for trial, if any, shall be filed no later than ~~Monday, February~~ [Tuesday, Feb 9] 15, 2010, and shall be accompanied by a proposed order governing preparation for trial.

    6.    In the event that a request for trial described in paragraph 5, above, has been filed, a pretrial conference shall be held on ~~Monday, April 26~~ [Tuesday April 19], 2010.



a. All exhibits shall be identified and submitted by Thursday, March 8, 2010.

b. Lists of witnesses, including experts who are to be designated by name and subject matter, must be exchanged on or before Thursday, March 8, 2010.

The Clerk of the Court is directed to forward all copies of this scheduling order to counsel for all parties.

_____
Donald C. Pogue, Judge

Dated: _____
New York, New York